CIVIL RIGHTS COMPLAINT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

2004 SEP 16 A 11: 00

**COMPLAINT**

Alterik Harris
(Enter above the full name of the plaintiff in this action)

v.

Civil Action No. 04-4465 (KSH)
(To be supplied by the Clerk of the Court)

P.O. Michael Gregory

P.O. Victor R. Arena

1 Police Plaza

Elizabeth, New Jersey 07201

(Enter above the full name of the defendant or defendants in this action)

## INSTRUCTIONS -- READ CAREFULLY

1. This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2. In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3. You must provide the full name of each defendant or defendants and where they can be found.

4. You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5. Upon receipt of a fee of $150.00, your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

DNJ-ProSe-006-07-(06/98)

FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

FORM TO BE USED BY A PRISONER IN FILING A

DNJ-ProSe-006-07-(06/98)

**FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT**

6. If you cannot prepay the $150.00 filing fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth below. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

    The Prison Litigation Reform Act of 1996 ("PLRA"), effective April 26, 1996, has made significant changes to the in forma pauperis statute, 28 U.S.C. § 1915. The statute no longer provides for waiver of court filing fees for prisoners who are granted leave to proceed in forma pauperis. A prisoner who is granted leave to proceed in forma pauperis is not required to pay the filing fees in advance, but the prisoner is obligated to pay the entire filing fee in installment payments regardless of the outcome of the proceeding. This obligation to pay the filing fee continues even if the prisoner is transferred to another prison. Therefore, before submitting this application to the Clerk of the Court, a prisoner should consider carefully whether he or she wishes to go forward with the action.

    The PLRA obligates prisoners who are granted in forma pauperis status to pay the entire filing fee in the following manner, regardless of the outcome of the litigation. 28 U.S.C. § 1915(b)(1) and (2). The agency having custody over the prisoner shall deduct from the prisoner's institutional account and forward to the Clerk of the Court (1) an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prisoner's account or the average monthly balance in the prisoner's account for the six-month period immediately preceding the filing of the complaint, and (2) payments equal to 20% of the preceding month's income credited to the prisoner's institutional account each month the amount in the account exceeds $10.00, until the $150.00 filing fee is paid. 28 U.S.C. § 1915(b)(1) and (2). However, a prisoner who has no assets and no means by which to pay the initial partial filing fee will not be prohibited from bringing a civil action. 28 U.S.C. § 1915(b)(4).

    Each prisoner plaintiff who desires to proceed in forma pauperis must submit the following to the Clerk of the Court:

    a. a completed, signed, and dated application to proceed in forma pauperis (attached hereto); and

    b. a certified copy of your prison account statement for the 6-month period immediately preceding submission of this application, listing the account balance and all deposits into the account. A prison account statement must be obtained from the appropriate official of each prison at which you are or were confined during the preceding 6 months.

7. If your application to proceed in forma pauperis does not conform to these instructions, you will be notified by letter of the nature of the deficiencies. If these deficiencies are not cured within 120 days of the date of the letter, the complaint will be deemed withdrawn, the Clerk's file will be closed, and no fees will be assessed against you.

8. If you are given permission to proceed in forma pauperis, the Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the

DNJ-ProSe-006-07-(06/98)

**FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT**

complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

### QUESTIONS TO BE ANSWERED

1. Jurisdiction is asserted pursuant to (CHECK ONE)

    ✓ 42 U.S.C. § 1983 (applies to state prisoners)

    ___ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

    If you want to assert jurisdiction under different or additional statutes, list these below:

    _____

2. Previously Dismissed Federal Civil Actions or Appeals

    If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

    a. Parties to previous lawsuit:

        Plaintiff(s): _____

        Defendant(s): _____

    b. Court and docket number: _____

    c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon

DNJ-ProSe-006-07-(06/98)

**FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT**

which relief may be granted

    d.    Approximate date of filing lawsuit: _____

    e.    Approximate date of disposition: _____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.    Place of Present Confinement? _____

4.    Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    a. Name of plaintiff: _____

       Address: _____

       _____

       Inmate #: _____

    b. First defendant -- name: _____

       Official position: _____

       Place of employment: _____

       How is this person involved in the case?
          (i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

_____

_____

_____

_____

DNJ-ProSe-006-07-(06/98)

    c. Second defendant -- name: _____

    Official position: _____

    Place of employment: _____

    How is this person involved in the case?
      (i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

_____

_____

_____

    d. If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

    \_\_\_\_ Yes     _✓_ No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

_____

_____

_____

If your answer is "No," briefly explain why administrative remedies were not exhausted.

**FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT**

_____
_____
_____
_____
_____

6. Statement of Claims

(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

On the evening of April 24, 2003, two officers from the Police Department of Elizabeth physically abused Mr. Alterik Harris for no apparent reason, grabbing & hitting me aswell. These two officers wrongfully accused Mr. Alterik Harris of possession with the intent to distribute 4 counts. These two officers also climbed over a gate that is directly tied to the home of 941 Floral Street, Elizabeth, New Jersey 07201. Officer Michael Gregory and officer Victor R. Arena of the Police Department of Elizabeth, New Jersey 07201 wrongfully arrested Mr. Alterik Harris by an alledged observation that turned out to be ineffective. By this false conviction Mr. Alterik Harris has lost one thousand and five hundred and eighteen dollars of his and his family hard earned money which he & his family who has helped post two bails. Mr. Alterik Harris was not the "Target," someone else was. Mr. Alterik Harris seeks a return of all bond monies.

7

DNJ-ProSe-006-07-(06/98)

**CIVIL RIGHTS COMPLAINT**

7. Relief

   (State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

   Mr. Alterik Harris is seeking Return of all Bond monies. Mr. Alterik Harris is Requesting the Court to dismiss this case because of the alledge observation.

8. Do you request a jury or non-jury trial? (Check only one)

   ( ) Jury Trial          (✓) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  30  day of  August , 200 4 .

_Alterik Harris_

8

DNJ-ProSe-006-07-(06/98)

**FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT**

Signature of plaintiff[1]



[1] EACH PLAINTIFF NAMED IN THE COMPLAINT <u>MUST</u> SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, <u>EACH</u> PLAINTIFF MUST SIGN THE COMPLAINT.

9

DNJ-ProSe-006-07-(06/98)