LONDA & LONDA, ESQS.
277 North Broad Street
Elizabeth, New Jersey 07208
(908) 353-5600
Attorneys for Defendants P.O. Michael Gregory
and P.O. Victor R. Arena

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| ALTERIK HARRIS (KSH) | : Civil Action No. 04-4465 |
| Plaintiff, | : CIVIL ACTION |
| v. | : |
| P.O. MICHAEL GREGORY, P.O. VICTOR R. ARENA, | : ORDER DISMISSING THE |
| COMPLAINT Defendants. | : WITH PREJUDICE |

---

    This matter having been brought to the attention of the Court upon the application of Felice T. Londa, Esq. of the firm of Londa & Londa, Esqs., attorneys for Defendants Police Officer Michael Gregory and Police Officer Victor R. Arena, upon notice to Alterik Harris, Pro Se Plaintiff, and it appearing that Complaint was administratively dismissed without prejudice by Order of the Hon. Katharine S. Hayden dated January 21, 2005, subject to the plaintiff's right to reinstate the complaint on or before July 1, 2005; and it

further appearing that the time within which plaintiff could reinstate the complaint has expired and that plaintiff has not done so; and for good cause appearing;

IT IS on this 13th day of July, 2005

ORDERED THAT the above captioned matter shall be and is hereby dismissed with prejudice; and it is further

ORDERED THAT a copy of this order shall be served upon plaintiff within 7 days of receipt by defense counsel.

*[signature]*
Katherine S. Hayden, U.S.D.J